FILED'10 MAR 16 14:29USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | Case No.: 08-CV-6302-AC |
| Plaintiff, | ORDER |
| v. | |
| WESTSIDE DRYWALL, INC., a corporation; and HOHSEN SALEM, and SHIRINE SALEM, individuals, | |
| Defendants. | |

ACOSTA, Magistrate Judge:

Based on the unopposed motion to dismiss certain claims and a defendant filed by plaintiff

on March 15, 2010,

IT IS ORDERED that:

1. Defendant Shirine Salem;

Page 1 - ORDER

2. Claims for back wages earned before December 1, 2004; and

3. Claims for back wages for the following individuals:

    a. Luis Ernesto Sepulveda;

    b. Efren Martinze Carmen;

    c. Florencio Diaz Bernabe;

    d. Miguel Mendoza;

    e. Juan Ramirez; and

    f. Angel Ramos;

are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 16th day of March, 2010.

JOHN V. ACOSTA
United States Magistrate Judge

Page 2 - ORDER